**Jim CARROLL, Appellant,**

v.

**S.R. HELTON, Respondent.**

**No. WD 36760.**

Missouri Court of Appeals, Western District.

Nov. 12, 1985.

Jim Carroll, pro se.

James A. Broshot, Kingston, for respondent.

Before SOMERVILLE, P.J., and PRITCHARD and BERREY, JJ.

PER CURIAM:

Appeal from an order dismissing petitioner's application for trial de novo in the circuit court.

Judgment affirmed. Rule 84.16(b).